RECEIVED

MAR 2 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| BRENDA PILAND, ET AL. | MISC. CASE NO. 17-mc-18 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

## JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Brenda Piland, as Executrix and Derivative Claimant, and Bonnie Watzek-Smith, as Derivative Claimants, of the Estate of James Watzek, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this _24ᵗʰ_ day of March, 2017.

_____
REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE